**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**ROBERT C. TAYLOR**                                                                                        **PLAINTIFF**

V.                                        **CASE NO. 5:11CV00328 JMM/BD**

**MARK GOBER**                                                                                               **DEFENDANT**


**RECOMMENDED DISPOSITION**

**I.      Procedure for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to United States District Judge James M. Moody. Any party may file written objections to this Recommendation.

Objections must be specific and must include the factual or legal basis for the objection. An objection to a factual finding must identify the finding of fact believed to be wrong and describe the evidence that supports that belief.

An original and one copy of your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation. A copy will be furnished to the opposing party.

If no objections are filed, Judge Moody can adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may also waive any right to appeal questions of fact.

> Mail objections and "Statements of Necessity" to:
>
> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

**II.** **Discussion:**

On December 22, 2011, Plaintiff Robert C. Taylor, once an inmate in the Drew County Detention Center, filed this case *pro se* under 42 U.S.C. § 1983. (Docket entry #2) An Order was entered on December 22, 2011, requiring Mr. Taylor to file, within thirty days, an amended complaint clarifying his constitutional claims.

The time for filing an amended complaint has passed, and Mr. Taylor has not complied with the December 22, 2011 Order. Mr. Taylor was warned that failure to comply with the Court's Order could result in dismissal of his case.

**III.** **Conclusion:**

Because Mr. Taylor has not complied with the Court's Order, his complaint should be dismissed, without prejudice, under Local Rule 5.5(c)(2).

DATED this 27th day of January, 2012.

_____
UNITED STATES MAGISTRATE JUDGE