IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT C. TAYLOR                                                                         PLAINTIFF

V.                          CASE NO. 5:11CV00328 JMM/BD

MARK GOBER                                                                              DEFENDANT

## ORDER

The Court has reviewed the Recommended Disposition ("Recommendation") received from Magistrate Judge Beth Deere. No objections to the Recommendation have been filed. The Recommendation should be, and hereby is, approved and adopted in all respects.

Mr. Taylor's Complaint is dismissed, without prejudice, under Local Rule 5.5(c)(2) for failure to comply with the Court's Order of December 22, 2011.

IT IS SO ORDERED, this 14th day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE