**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**ROBERT C. TAYLOR**                                                                 **PLAINTIFF**

**V.**                              **CASE NO. 5:11CV00328 JMM/BD**

**MARK GOBER**                                                                      **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT

PREJUDICE.

IT IS SO ORDERED this 14th day of February, 2012.


_____
UNITED STATES DISTRICT JUDGE